

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00127-CR

| | | |
|---|---|---|
| John B. Isbell | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1290852D) |
| v. | § | March 26, 2015 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
        Justice Lee Gabriel